# WILLIAM ASKEW *v.* COMMISSIONER OF CORRECTION
## (AC 27090)

Flynn, C. J., and McLachlan and Gruendel, Js.

Argued December 5—officially released December 26, 2006

Per Curiam. The appeal is dismissed.